

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2015

No. 04-15-00360-CV

Andy **SANCHEZ,**
Appellant

v.

**JOHN H. MILLER, JR. CO. INC.,**
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 14467B
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file its brief is granted. We **order** court reporter Paula Beaver to file the reporter's record by **July 31, 2015**. We **order** the brief of appellee is due twenty days after the reporter's record is filed.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court